# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10


FILED
VANESSA L. ARMSTRONG, CLERK
OCT 09 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

JAYSON MILES SPROUSE
_____

(Full name of the Plaintiff(s) in this action)

v.

Steven Williams

Advanced Correctional HealthCare, INC

CIVIL ACTION NO. 5:18-CV-149-TBR
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: JAYSON miles SPROUSE

Place of Confinement: Fulton County Detention Center

Address: 2010 South 7th Street Hickman KY, 42050

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE (_)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Steven Williams** is employed as **10-1-18** at **F.C.D.C.**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant **Advanced Correctional Healthcare, INC** is employed as **10-1-18** at **F.C.D.C.**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Both defendants have violated my right to medical need. I have C.O.P.D. And the defendants refuse to give me anything for it, I struggle to Breath and worry I'll stop breathing in my sleep with me not being on anytype of breathing treatments, It Takes weeks to get anything done because you can only sight a request on monday so by time, get answer back you have to wait til next week to write back.

4

IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

\_\_\_\_\_ award money damages in the amount of $ #150,000.00

\_\_\_\_\_ grant injunctive relief by \_\_\_\_\_

\_\_\_\_\_ award punitive damages in the amount of $ \_\_\_\_\_

\_\_\_\_\_ other: $150000.00

V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 2 day of Oct, 2018

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6



Jason Strouse
2016 7th South St.
Hickman Ky, 42050

5:18-cv-149-TBR

FILED
VANESSA L. ARMSTRONG, CLERK
OCT 09 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk's Office
501 Broadway, Suite 127
Paducah, KY 42001-6801

JAIL MAIL
NON-CENSORED